UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  **RODIN, MOSES E.**  Case No.: 11-40492TLH4
       & **RODIN, LINDA L.**
          Debtors  Chapter:  7
_____//

## MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS

**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her Motion for Authority to Sell Property Free and Clear of Liens and says as follows:

1. Property of the estate includes parcels of real property. The real property includes, but is not limited to, the parcel described as follows:

    Lot 9, of Block "D" of NORMAL SCHOOL SUBDIVISION, as per map or plat thereof recorded in Plat Book 1, page 18, of the Public Records of Leon County, Florida. Less the North 3 feet by virtue of Deed to City of Tallahassee recorded in Official Records Book 232, page 101 of the Public Records of Leon County, Florida.

2. The Trustee has received and offer to purchase the property for $4,000.00.

3. The Trustee requests that she be allowed to sell the property free and clear of liens in accordance with 11 U.S.C §363(f)(4).

4. The potential buyer of the property has an interest superior to the other lien holders by virtue of their Judgement entered on or about October 26, 2009.

5. The Trustee is in need of an Order allowing her to sell the properties free and clear of liens so that she may proceed with the sale of the property as the sale is in the best interests of the estate.

**WHEREFORE,** the Trustee respectfully prays that this Court enter an Order and therein to Grant the Trustee the authority to sell the property described above free and

clear of liens and grant any other and further relief that this Court may deem just and proper.

/s/SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished U. S. Attorney's Office, U.S. Department of Justice, Attention: Civil Process Clerk, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, U. S. Attorney's Office Northern District of Florida, Attention: Civil Process Clerk, 21 East Garden Street, Suite 400, Pensacola, FL 32502, Department of Treasury – Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19110-4346, American Express FSB, 777 American Express Way, Ft. Lauderdale, Florida 33337, Wagner & Hunt, PA, PO Box 934788, Margate, Florida 33093-4788 and to all parties in interest electronically or by U.S. Mail this the 4th day of October 2011.

/s/ SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**
619 West Chase St.
Pensacola, Florida 32502
(850) 436-8445
Fla Bar No.: 434574
sherry.chancellor@yahoo.com
